UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 24-12692
MELVIN ESTES, JR. )
) Chapter: 13
) Honorable Jacqueline P Cox
)
Debtor(s) )

# ORDER GRANTING MOTION FOR RELIEF FROM STAY

This matter coming before the Court on the motion of Creditor States Resources Corp. to modify the automatic stay as to Debtor, due notice being served on the parties of interest and this Court having jurisdiction and being fully advised in the premises, IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. § 362 is modified to as to not restrain Creditor States Resources Corp. from pursuing its non bankruptcy remedies with respect to the real estate located at 8136-8140 S. Kedzie, Chicago, IL 60653, including the foreclosure of the real estate under Illinois law.

2. Notwithstanding anything to the contrary in Fed. R. Bankr. P. 4001(a), this Order will be effective immediately.

Enter: *Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: October 21, 2024

**Prepared by:**

Jeffrey M. Monberg
QUARLES & BRADY LLP
300 N. LaSalle Street, Suite 4000
Chicago, Illinois 60654
Phone: (312) 715-5162
Facsimile: (312) 715-5155
jeff.monberg@quarles.com